# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN ) <br> IMMIGRATION REFORM, ) <br> 25 Massachusetts Ave, NW Suite 330 ) <br> Washington, DC 20001 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. Department of Homeland Security ) <br> 3801 Nebraska Ave, NW ) <br> Washington, DC 20016 ) <br> Defendant. ) <br> _____) | Civil Action No. |

## COMPLAINT

Plaintiff Federation for American Immigration Reform ("FAIR") brings this action against Defendant U.S. Department of Homeland Security ("DHS") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff alleges the following grounds:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff FAIR ("Plaintiff") is a non-profit, educational foundation organized under the laws of the District of Columbia and having its principal place of business at 25

Massachusetts Ave, NW, Suite 330, Washington, DC 20001. Plaintiff seeks to educate the citizenry and increase public awareness of immigration issues and hold the nation's leaders accountable for enforcing the nation's immigration laws. In furtherance of its public interest mission, Plaintiff regularly requests access to the public records of federal agencies, entities, and offices, and disseminates its findings to the public.

4. Defendant DHS is an agency of the U.S. Government and is headquartered at 3801 Nebraska Ave, NW, Washington, DC. DHS has possession, custody, and control of certain public records to which Plaintiff seeks access through FOIA.

## STATEMENT OF FACTS

5. On June 16, 2016, Plaintiff submitted a FOIA request to the Privacy Office of DHS, by FOIA portal, seeking access to the following public records:

1. [A]ll records of communications, including but not limited to emails, related or referring to the hiring of Deputy Assistant Secretary, Office of Immigration Statistics, Marc Rosenblum.
2. Any and all records of recommendations, from DHS staff or outside groups, that Mr. Rosenblum be hired.
3. Any and all records of communications, including but not limited to emails, referring or relating to the topic of immigration between Mr. Rosenblum and the following DHS staff members:
    a. Serena Hoy.[1]
    b. David Shahoulian.
    c. Cecilia Munoz.[2]
    d. Jeh Johnson.
    e. Lucas Guttentag.
    f. Esther Olavarria.[3]
4. The most up-to-date resume of Mr. Rosenblum.

---

[1] *See*, https://www.dhs.gov/sites/default/files/publications/secretary-johnson-calendar-april-2016.pdf Page 6: "Border Metrics Update 2:30 p.m. Staff: Paul Rosen, Jonathan Lee, Serena Hoy Tia Johnson, OLA Todd Breasseale, OPA Michael Stough, OCFO Brodi Kotila, Marc Rosenblum, Policy."

[2] *See*, https://www.dhs.gov/sites/default/files/publications/secretary-johnson-calendar-april-2016.pdf
Page 47: "Meeting with Cecilia Munoz 5:30 p.m. Staff: Jonathan Lee Brodi Kotila, Marc Rosenblum, Policy."

[3] *See*, https://www.dhs.gov/sites/default/files/publications/secretary-johnson-calendar-february-2016.pdf Page 9: "Meet/Greet with Marc Rosenblum, Policy 2:45 p.m. Staff: Esther Olavarria Brodi Kotila, Policy."

6. On August 10, 2016, Plaintiff received an email acknowledging Plaintiff's FOIA request and assigning the FOIA request the tracking number 2016-HQFO-00561.

7. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant was required to determine whether to comply with each of Plaintiff's FOIA requests within twenty (20) working days after receipt of the request and to notify Plaintiff immediately of its determination, the reasons therefor, and the right to appeal any adverse determination. Accordingly, Defendant's determination of FOIA request dated June 16, 2016, was due by July 15, 2016, at the latest.

8. As of the date of this Complaint, Defendant has failed to: (i) determine whether to comply with Plaintiff's FOIA request; (ii) notify Plaintiff of any such determination or the reasons for such determination; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

9. Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A) with respect to Plaintiff's FOIA requests, Plaintiff is deemed to have exhausted any and all administrative remedies with respect to those requests, pursuant to 5 U.S.C. § 552(a)(6)(C).

## COUNT 1
(Violation of FOIA, 5 U.S.C. § 552)

10. Plaintiff re-alleges paragraphs 1 through 9 as if fully stated herein.

11. Defendant is unlawfully withholding public records requested by Plaintiff pursuant to 5 U.S.C. § 552.

12. Plaintiff is being irreparably harmed by Defendant's unlawful withholding of the requested public records, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct a search for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a Vaughn index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:      March 6, 2018                    Respectfully submitted,

/s/ Julie B. Axelrod
D.C. Bar No. 1001557
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington DC, 20001
Telephone: 202-232-5590
FAX (202) 464-3590
Email: jaxelrod@irli.org